Attorney Grievance Commission of Maryland v. Steven Cochario Anthony
[Misc. Docket AG, No. 9, September Term, 2019]

Steven Cochario Anthony has been disbarred by consent, effective immediately, by an Order of the Court, dated September 11, 2019.

Steven Cochario Anthony has been disbarred by consent, effective immediately, from the further practice of law in the State, and his name as an attorney at law has been stricken from the register of attorneys in this Court (Maryland Rule 19-761).

ATTORNEY GRIEVANCE COMMISSION    *    IN THE
OF MARYLAND                     COURT OF APPEALS

                         *    OF MARYLAND
      Petitioner,

                         *    Misc. Docket AG
v.                           No. 9

                         *
STEVEN COCHARIO ANTHONY        September Term, 2019

                         *
      Respondent.

## ORDER

This matter came before the Court on the Joint Petition of the Attorney Grievance Commission of Maryland and Respondent, Steven Cochario Anthony, to disbar the Respondent from the practice of law.  The Court having considered the Petition, it is this 11th day of September, 2019,

ORDERED, by the Court of Appeals of Maryland that Respondent, Steven Cochario Anthony, be, and he hereby is, disbarred from the practice of law in the State of Maryland for violation of Rule 8.4(a), (b), (c) and (d) of the Maryland Attorneys' Rules of Professional Conduct; and it is further

ORDERED, that the Clerk of this Court shall remove the name of Steven Cochario Anthony from the register of attorneys in this Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-736(d).

/s/ Robert N. McDonald
Senior Judge